**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Golden RR Eastern 3, LLC
Dba PT's Ranch*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Golden RR Eastern 3, LLC DBA PT's Ranch<br><br>Defendant. | Case Number: 2:17-cv-01453-GMN-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Golden RR Eastern 3, LLC DBA PT's Ranch ("PT's Ranch") (collectively as the "Parties"), that the Parties consent to extend the deadline for PT's Ranch's response to Plaintiff's Complaint ("Complaint"). This is PT's Ranch's first stipulation for an extension of time to file a response to the Complaint filed with this court. The extension is requested in order to provide the Parties time to discuss settlement and PT's Ranch's counsel time to gather information and documentation necessary to adequately



analyze the claims set forth in the Complaint. The Parties agree that PT's Ranch shall respond to the Complaint on or before August 8, 2017.

Dated this 20th day of June, 2017      Dated this 20th day of June, 2017

THE WILCHER FIRM      DICKINSON WRIGHT PLLC

By    */s/ Whitney C. Wilcher, Esq.*      By:    */s/ Taylor Anello, Esq.*
    Whitney C. Wilcher, Esq.      Cynthia L. Alexander, Esq.
    Nevada State Bar No. 7212      Nevada Bar No. 6718
    8465 West Sahara Avenue, Suite 111-236      Taylor Anello, Esq.
    Las Vegas, NV 89117      Nevada Bar No. 12881
    (702) 466-1959      8363 West Sunset Road, Suite 200
    *Attorneys for Plaintiff*      Las Vegas, Nevada 89113-2210
     *Attorneys for Defendant Golden RR Eastern 3, LLC Dba PT's Ranch*

    IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

    DATED this  22nd  day of   June    2017.

