**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Golden RR Eastern 3, LLC Dba PT's Ranch*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Golden RR Eastern 3, LLC DBA PT's Ranch<br><br>Defendant. | Case Number: 2:17-cv-01453-GMN-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Golden RR Eastern 3, LLC DBA PT's Ranch ("PT's Ranch") (collectively as the "Parties"), that the Parties consent to extend the deadline for PT's Ranch's response to Plaintiff's Complaint ("Complaint"). This is PT's Ranch's second stipulation for an extension of time to file a response to the Complaint filed with this court. The extension is requested in order to provide the Parties time to discuss settlement.



1

The Parties agree that PT's Ranch shall respond to the Complaint on or before August 31, 2017.

Dated this 8th day of August, 2017      Dated this 8th day of August, 2017

    THE WILCHER FIRM                   DICKINSON WRIGHT PLLC

By___/s/ *Whitney C. Wilcher, Esq.*_____     By: */s/ Taylor Anello, Esq.*____
    Whitney C. Wilcher, Esq.                      Cynthia L. Alexander, Esq.
    Nevada State Bar No. 7212                 Nevada Bar No. 6718
    8465 West Sahara Avenue, Suite 111-236    Taylor Anello, Esq.
    Las Vegas, NV 89117                         Nevada Bar No. 12881
    (702) 466-1959                              8363 West Sunset Road, Suite 200
    *Attorneys for Plaintiff*                        Las Vegas, Nevada 89113-2210
                                                    *Attorneys for Defendant Golden RR Eastern 3, LLC Dba PT's Ranch*

    IT IS SO ORDERED.

                                     _____
                                     UNITED STATES MAGISTRATE JUDGE

    DATED this __9th__ day of __August__ 2017.



**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 8 day of August 2017, a copy of **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Whitney C Wilcher
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
(702) 528-5201
Email: wcwilcher@hotmail.com
Attorneys for Plaintiff

                                            */s/ Lindsay Reid*
                                            An employee of Dickinson Wright PLLC